# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Christopher N. Wieland,<br><br>Plaintiffs,<br><br>vs,<br><br>Lakeside Behavioral Health System | **COMPLAINT**<br><br>Endangerment, Intimidation, Torture, Unlawful Forced Injection, Unlawful Detainment, Multiple Acts of Medical Fraud, Constant Exposure to Gang Activity, Defamation |

## Jurisdiction and Venue

1) These events fall under the jurisdiction of the United States District Court, Western District of Tennessee for the following reasons:

2) The events took place took place at Lakeside Behavioral Health System at 2911 Brunswick Rd, Memphis, TN 38133.

3) My person was forcefully transported to this location by the Germantown Police (litigation pending), under duress, following an arrest based on a falsified police report. I am filing a lawsuit in tandem with this lawsuit against the individual who falsified said police report as well against the Germantown Police for their procedural response to the report. My person has zero criminal records, mental health history prior to arriving at Lakeside, no traffic violations, a high credit score, and I hadn't even been charged with a crime.

4) Upon arrival, I stated to the admissions team that I was at the location involuntarily. My

admission was despite this documented as voluntary, committing an act of fraud directly out of the gate. I refused treatment and demanded my release. Initially, I was put into an ice cold room that couldn't have been over 69 degrees for a number of hours. Being accustomed to the outdoors and heat, of a low body fat percentage, in the beginning of a fast, I requested an additional blanket explaining my needs to a nurse in the admittance facility. These blankets were tiny and thin and the AC was blowing frigid air directly onto my person in a tiny square room offering no reprieve. Only wearing paper thin sport shorts and a similar polo designed to release heat for the outdoors, I was overwhelmed by the air conditioning the moment of entering the facility, and expressed the fact. An extremely large woman informed me that I wasn't entitled to any additional blanket and continued to freeze my person for hours on end in featureless room with zero space to recline or cover my person in the frigid conditions inside the facility. The smirking 300lbs+ woman insisted that it wasn't cold in the facility wearing her long sleeve shirt, vest, socks & shoes, and long pants covering her body. Trying to explain to her that we are not all built the same and that people have different needs the woman would just smirk and walk away. Finally cornering a different nurse and explaining that my person was in pain and that I was becoming fearful for my health due to the lack of covering and extreme cold in the building, that I was already conditioned to not only being outside in the heat over long periods of time but also had been camping outside and a robust sleeping bag graded as a -40 degree sleeping bag and was slowly losing control of my body to shakes and that the condition was about to progress into a medical emergency; the nurse brought me an additional paper thin blanket. Hours past laying on the cold floor to prevent inflammation in a previously acquired and healing vertebra injury aggravated by the plastic seats. Finally an interview occurred where I explained to some woman that I possessed zero homicide intent or desire to self-harm. Also, that I viewed the detention as

unlawful, involuntary, as well as the arrest that led to my presence in the facility. I had in my possessions a copy of the dismissed lawsuit on my person and gave them permission to read it, informing them that the content of which was my reason for being in Tennessee.

5) A second screening occurred after what could have easily be 10-12 hours after admittance as I laid sleep deprived and freezing on the floor, occasionally standing up and walking around to regain a bit of body heat. Having expressed the same lack of self harm or homicidal intent and that I was in the facility involuntarily as well as not viewing any of the employees or hired teleconferencing individuals as representing any person aside from Lake Behavioral Health Systems, I was informed that I was to be forcefully admitted under threat of violence to some wing located above the corridors I was confined to. Again the admittance was documented as voluntary when two techs threaten to tackle and restrain my person to force me upstairs.

6) The facility has zero interest or observance of any existing mental health law and uses fraud to further entrap individuals that end up in the facility. Police also weaponize the facility against people. Many people end up in these facilities that are not mentally ill nor deserve to be continually aggravated and tortured by the sadism present in the facility. Upon reaching the wing upstairs, I preceded to phone to local police in the jurisdiction explaining myself to them and what I was experiencing in the facility. I phoned the local Bartlett police 5 out of the 7 days of my incarceration in the facility. Explained was that my person has zero criminal or law enforcement history, not even an adult record which had been expunged, no mental health history, no speeding tickets, and even a 750+ credit score. I explained to the Bartlett police that the nurses in the facility were threatening to force pharmaceuticals on my person by force despite state laws protecting peoples in my position. This act even violates Lakeside's own internal

patient bill of rights. Throughout the entire detainment in Lakeside I not once became aggressive in any way toward the staff at the facility knowing that it would lead to an attack from staff. The Bartlett Police continuously stated that they would send an officer out without any follow through.

7) The staff insisted that in order for release that I needed to speak to their doctor for release. Eventually meeting this Dr Weiss to obtain release papers, I spoke to the individual who seemed to be somewhat normal although odd in his own right and extremely hard of hearing. Every interaction with this individual was a continuance of medical fraud their staff uses to justify further incarceration and to obtain further funding for the facility. This was discovered as his notes were read back to my person during a meeting with separate staff. The Dr Weiss had been making up his own self-contrived version of our extremely brief discussions together.

8) Finally after a nurse informed me that she intended to force an injection upon my person for refusing her pharmaceuticals or give up my urine or blood to them, I called the Bartlett Police emergency line to express an unlawful imminent danger toward my person. For the health my own physiology and the sanctity of my own religion being my personal choice I do not consume medications or pharmaceuticals of any kind and haven't for over a decade or more. The police again agree to send an officer to communicate with my person; again they didn't follow through. The staff responded by shutting down the phone lines for 24 hours explaining to the gang populated population that it was my fault that not a single one of them would be allowed to interact with the outside world blatantly inspiring potential violence against my person. Finally a group of roughly 8 techs attacked my person, restraining my person, two on each limb with the intent of ramming a needle into my body after having been repeatedly refused access to my body

fluids, including my blood and urine, as well as having been refused the access of their pharmaceuticals to my stomach. The injecting nurse, to whom I had explained my fasted state, explaining that she had no idea how such an injection would metabolize against my physiology, was wearing the name tagged that read "Becky". Having had access to my possessions and the copy of the previously dismissed lawsuit naming my former sexual abuser and embezzler the legal guardian Rebecca aka Becky,  I can only assume that this nurse was attempting to engineer some sort of nightmare for her and other tech sadist needs. All of the refusals were issued to them politely, within my rights, and every single one of the techs knew that they were violating state & federal law and their own facilities stated and posted patient bill of rights and policy.

9) The attack wrenched my left knee, which was injured for sometime after my release. The attack also damaged my right elbow which two months after my release, at the time of this drafting, is still damaged and in pain when in use. Still it is difficult to fully extend my right elbow. This group of people rammed a needle into my right shoulder severely upsetting my physiology.

10) I was transferred to another wing, immediately. The following morning I was forced out of bed in the morning, yet couldn't remain standing due to the effects of whatever had been forced injected into my arm. The substance dulled my senses, crippled my will over my own body, and destroyed my ability to remain awake or standing. I found my person sleeping in the corridors on the filth ridden hard floors wrapping myself in a sheet from my bed as the general population walk around my body. Finally regaining my mind from the injections techs began stating "Hey, you know you can get AIDS just walking these hallways they are so filthy". This seemed to be a furthered attempt to inspire paranoia from the forced injection against my person.

11) Throughout the entire time at the facility frequent fights broke out between different gang members and individuals as well as public acts of masturbations, urinating in the hallways and in the middle of the public spaces, and some person smeared feces on my sheets. Frequent threats to again have my person attacked by the resident techs and force another injection into my body were a daily occurrence. After being told that this would happen again, I phoned the emergency lines at the Bartlett police station again explaining that the sociopaths again intended to attack and forcefully restrain my person before again injecting my person with a metabolism altering substance which I had adamantly refused. The Bartlett Police again said they would send an officer out and proceeded to not send an officer out. Again the staff shut down the phone lines explaining to the sign throwing gang members in the facility that my person was responsible for their lack of access to the outside world prolonging their incarceration and refusal of release. The staff again demanded over and over again to surrender my urine, blood, and access to my body to their pharmaceuticals testing.

12) Finally I was able to see a different profession than the fraudulent Dr. Wiess. I spoke with this doctor who proceeded to ask the exact same question before I was to meet some "mental health court" or internal magistrate as they referred to it for release. Finally sitting with the internal magistrate and speaking with them the second doctor to whom I had expressed my concern over the fraud of Dr Weiss began also stating that I had manic mental illness as I spoke faster than the he did. This random stated I harbored the intent to harm myself and others despite my single conversation with the individual. I was muted in the teleconference that was supposed to organize my release and thereby unable to speak on my own behalf against the onslaught of these fraudulent medical professionals and the preceding ended. The only consolidation being

that the internal magistrate judge stated that state law had been violated when the techs had physically restrained my person forcing this injection upon my person.

13) Every day was a horrid experience riddled with back pain being forced to lay on paper thin mattresses offering zero support to the back, a foam pillow that is really about half of a standard foam pillow, paper-thin blanket and a single sheet, roughly half a curtain to block the light from outside and the staff entering your room every 15 minutes to shine you with a flashlight to confirm your there made sleep deprivation impossible to avoid. In addition undersized smocks that ripped at the crotch are exposing your genitals, no time outside in the sun outside brief visits to a smoke filled area for smoking cigarettes, and zero access to any form of stimulation for the body dilapidates the body from inactivity inducing pain further exacerbating the wretched treatment of people in the facility.

14) Having been forcefully held in the facility over a week, with medical fraud as the vehicle used to justify further incarceration; I would rather be shot in the skull than return to the facility.

15) The following statues apply:

18 U.S.C. Section 1347, Section 2340A of Title 18, Section 242 of Title 18, 25 CFR § 11.404, 10 U.S. Code § 897, 25 CFR § 11.403, 18 U.S. Code § 1201, 10 U.S. Code § 914 - Art. 114, 28 U.S. Code § 4101

# Demand for Restitution

16) For the civil right violating, state law violating, and hellish experience in this facility I am demanding 9 million dollars in restitution, because "nein means no, and no means no"; despite this Lakeside raped me anyways.

Also requesting a criminal investigation against the facility and staff members involved with the forced injection, medical malpractice, maltreatment of patients, defamation, and fraud.

*[Signature]*

Last Address 5556 Lake Otis PKWY #169
Currently Transient      Anchorage, AK 99507

Alternative  Quality Inn & Suites Germantown North
7787 Wolf River Blvd, Germantown, TN 38138